# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ROBIN GRAHAM,
an individual,

    Plaintiff,

v.

Case No.: 8:24-cv-02032-WFJ-NHA

HUNTER WARFIELD, INC.,
a foreign for-profit corporation,
6720 OAKWOOD HOLDINGS, LLC,
d/b/a OAKWOOD SARASOTA,
a/k/a OAKWOOD APARTMENTS,
a foreign limited liability company,
EQUIFAX INFORMATION
SERVICES LLC,
a foreign limited liability company, and
EXPERIAN INFORMATION
SOLUTIONS, INC.,
a foreign for-profit corporation,

    Defendants.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC.

Plaintiff, ROBIN GRAHAM (hereinafter, "Plaintiff"), and Defendants, EXPERIAN INFORMATION SOLUTIONS, INC. (hereinafter, "Experian"), HUNTER WARFIELD, INC., 6720 OAKWOOD HOLDINGS, LLC, d/b/a OAKWOOD SARASOTA, a/k/a OAKWOOD APARTMENTS, and EQUIFAX INFORMATION SERVICES LLC. pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the *Dismissal, with Prejudice, of Experian,* with court costs and

attorneys' fees to be paid by the party incurring the same.

   Dated: November 12, 2024

                                        **SWIFT LAW PLLC**

                                        /s/ *Aaron M. Swift*
Aaron M. Swift, Esq., FBN 0093088
Jordan T. Isringhaus, Esq., FBN 0091487
Sean E. McEleney, Esq., FBN 125561
11300 4th Street N., Suite 260
St. Petersburg, FL 33716
Phone: (727) 490-9919
Fax: (727) 255-5332
aswift@swift-law.com
jisringhaus@swift-law.com
smceleney@swift-law.com
jmurphy@swift-law.com
*Counsel for Plaintiff*

/s/ *Maria Helena Ruiz*
Maria Helena Ruiz, Esq.
Florida Bar No. 182923
KASOWITZ BENSON TORRES LLP
1441 Brickell Avenue, Suite 1420
Miami, FL  33131
Telephone: (786) 587-1044
MRuiz@Kasowitz.com
*Attorney for Defendant Experian*
*Information Solutions, Inc.*


/s/ *David A. Grassi, Jr.*
David A. Grassi, Jr., Esq.
Florida Bar No. 1040225
FROST ECHOLS LLC
PO Box 12645
Rock Hill, SC 29731
(803) 329-8982 (telephone)
David.grassi@frostechols.com
*Counsel for Defendant Hunter Warfield, Inc.*

/s/ *Jason Daniel Joffe*
Jason Daniel Joffe, Esq.
Florida Bar No. 013564
SQUIRE PATTON BOGGS (US) LLP
200 S. Biscayne Blvd., Suite 3400
Miami, FL 33131
Telephone: (305) 577-7000
Facsimile: (305) 577-7001
*Counsel for Defendant Equifax*
*Information Services LLC*

/s/ *John D. Osgathorpe*
John D. Osgathorpe, Esq.
Florida Bar No. 147620
TAYLOR DAY GRIMM & BOYD
50 North Laura Street, Suite 3500
Jacksonville, Florida 32202
Telephone: (904) 356-0700
Fax: (904) 356-3224
jdo@taylordaylaw.com
hmaxwell@taylordaylaw.com
*Counsel for Defendant 6720 Oakwood Holdings,*
*LLC, d/b/a Oakwood Sarasota, a/k/a Oakwood*
*Apartments*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 12, 2024, I filed a true and correct copy of the above and foregoing *Joint Stipulation for Dismissal with Prejudice as to Defendant Experian Information Solutions, Inc.* via CM/ECF and will serve a copy of the same to counsel of record for all parties.

/s/ *Aaron M. Swift*
Attorney