## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ROBIN GRAHAM,
an individual,

      Plaintiff,

v.

HUNTER WARFIELD, INC.,
a foreign for-profit corporation,
6720 OAKWOOD HOLDINGS, LLC,
d/b/a OAKWOOD SARASOTA,
a/k/a OAKWOOD APARTMENTS,
a foreign limited liability company,
EQUIFAX INFORMATION
SERVICES LLC,
a foreign limited liability company, and
EXPERIAN INFORMATION
SOLUTIONS, INC.,
a foreign for-profit corporation,

      Defendants.
_____/

Case No.: 8:24-cv-02032-WFJ-NHA

## **NOTICE OF SETTLEMENT**

    Plaintiff, ROBIN GRAHAM, hereby notifies the Court that Plaintiff and Defendant, EQUIFAX INFORMATION SERVICES LLC, have reached a settlement in principle in this action. Upon full execution of a settlement agreement and compliance with all terms set forth therein, this matter will be dismissed, with prejudice.

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on March 5, 2025, I filed a true and correct copy of

the above and foregoing via CM/ECF which will electronically serve all counsel of record.

        Respectfully submitted,

        **SWIFT LAW PLLC**

        /s/ *Aaron M. Swift*
        **Aaron M. Swift, Esq., FBN 0093088**
        Jordan T. Isringhaus, Esq., FBN 0091487
        Sean E. McEleney, Esq., FBN 0125561
        11300 4th Steet N, Suite 260
        St. Petersburg, FL 33716
        Phone: (727) 490-9919
        Fax: (727) 255-5332
        aswift@swift-law.com
        jisringhaus@swift-law.com
        smceleney@swift-law.com
        jmurphy@swift-law.com
        *Counsel for Plaintiff*