UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBIN GRAHAM,

    Plaintiff,

v.                                           Case No: 8:24-cv-2032-WFJ-NHA

HUNTER WARFIELD, INC., *et al.*,

    Defendants.
_____/

## ORDER

The Court has been advised by **the Notice of Settlement (Dkt. 49)** that the above-styled action has been settled as to Hunter Warfield, Inc. only. Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice as to Hunter Warfield, Inc., and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice as to Hunter Warfield, Inc. only.

    **DONE** and **ORDERED** in Tampa, Florida on March 27, 2025.

                                                      s/*William F. Jung*
                                                      **WILLIAM F. JUNG**
                                                      **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**: Counsel of Record