UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBIN GRAHAM,

    Plaintiff,

v.                                                     Case No: 8:24-cv-2032-WFJ-NHA

6720 OAKWOOD HOLDINGS, LLC,

    Defendant.
_____/

**O R D E R**

The Court has been advised by **the Amended Mediation Report (Dkt. 53)** that the above-styled action has been settled as to the remaining parties. Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice as to 6720 Oakwood Holdings, LLC and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice as to 6720 Oakwood Holdings, LLC. The Clerk is directed to terminate any pending motions/deadlines and to CLOSE the file.

**DONE** and **ORDERED** in Tampa, Florida on June 4, 2025.

                                                   s/*William F. Jung*
                                                  **WILLIAM F. JUNG**
                                                  **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record